Roger K. Vehrs, SBN 073018
Attorney at Law
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4211
Facsimile:  (559) 442-4127
Email: rvehrs@vehrslaw.com

Attorney for Defendant JESUS CHAVEZ ELICEA

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 1:05-CR-00048 REC |
| Plaintiff.  ) | **SUBSTITUTION OF ATTORNEYS** |
| vs.    ) | |
| JESUS CHAVEZ ELICEA, et al. ) | |
| Defendants ) | |

Defendant JESUS CHAVEZ ELICEA, hereby substitutes Roger K. Vehrs, Attorney at Law, 2300 Tulare Street, Suite 250, Fresno, California, 93721, Telephone: (559) 442-4211, as his attorney of record in this action in the place of Gary L. Huss.

DATED: April 26, 2005.              /s/
                                    JESUS CHAVEZ ELICEA
                                    Defendant

I accept the foregoing substitution.

DATED: April 26, 2005.              /s/
                                    ROGER K. VEHRS

United States v. Elicea                 1                Case No. 1:05-CR-00048- REC
SUBSTITUTION OF ATTORNEYS

PDF created with pdfFactory trial version www.pdffactory.com

I consent to the foregoing substitution.

DATED: May 2, 2005.                                  /s/
                                       GARY L. HUSS
                                       (Signature authorized by telephone)


THE ABOVE SUBSTITUTION IS HEREBY GRANTED AND APPROVED.

                                       /s/ OLIVER W. WANGER
DATED: June 2, 2005.                   _____
                                       HON. OLIVER W. WANGER
                                       UNITED STATES DISTRICT COURT JUDGE
                                       EASTERN DISTRICT


## CERTIFICATION OF INTERPRETATION

     I, Edward Medina, verify that I personally met with defendant Jesus Chavez Elicea on April 26, 2005, and translated the above Substitution of Attorney to him from English to Spanish and he fully understood its meaning.

DATED: April 28, 2005.                         /s/
                                       Edward Medina
                                       Medina's Interpreting

PDF created with pdfFactory trial version www.pdffactory.com