1  Roger K. Vehrs, SBN 073018
   Attorney at Law
2  2300 Tulare Street, Suite 250
   Fresno, CA  93721
3  Telephone: (559) 442-4211
   Facsimile:  (559) 442-4127
4  Email: rvehrs@vehrslaw.com

5  Attorney for Defendant JESUS CHAVEZ ELICEA

6

7

8

9              **IN THE UNITED STATES DISTRICT COURT**

10             **EASTERN DISTRICT OF CALIFORNIA**

11

12  UNITED STATES OF AMERICA        )     Case No.: 1:05-CR-00048 REC
                                    )
13          Plaintiff.              )     **SUBSTITUTION OF ATTORNEYS**
                                    )
14      vs.                         )
                                    )
15  JESUS CHAVEZ ELICEA, et al.     )
                                    )
16          Defendants             )

17

18       Defendant JESUS CHAVEZ ELICEA, hereby substitutes Roger K. Vehrs, Attorney at Law,

19  2300 Tulare Street, Suite 250, Fresno, California, 93721, Telephone: (559) 442-4211, as his

20  attorney of record in this action in the place of Gary L. Huss.

21

22  DATED:  April 26, 2005.                    ____/s/_____
                                               JESUS CHAVEZ ELICEA
23                                             Defendant

24

25  I accept the foregoing substitution.

26

27  DATED: April 26, 2005.                     ____/s/_____
                                               ROGER K. VEHRS
28

---

United States v. Elicea                1        Case No. 1:05-CR-00048- REC
SUBSTITUTION OF ATTORNEYS

1    I consent to the foregoing substitution.

2

3    DATED: May 2, 2005.                              /s/
                                        GARY L. HUSS
4                                       ( Signature authorized by telephone)

5

6

7    THE ABOVE SUBSTITUTION IS HEREBY GRANTED AND APPROVED.

                                        /s/ OLIVER W. WANGER
8
     DATED: June 2, 2005.               _____
9
                                        HON. OLIVER W. WANGER
10                                      UNITED STATES DISTRICT COURT JUDGE
                                        EASTERN DISTRICT
11

12

13                    CERTIFICATION OF INTERPRETATION

14

15        I, Edward Medina, verify that I personally met with defendant Jesus Chavez Elicea on

16   April 26, 2005, and translated the above Substitution of Attorney to him from English to

17   Spanish and he fully understood its meaning.

18

19   DATED: April 28, 2005.                     _____/s/_____
                                        Edward Medina
20                                      Medina's Interpreting

21

22

23

24

25

26

27

28

     United States v. Elicea                    2           Case No. 1:05-CR-00048- REC
     SUBSTITUTION OF ATTORNEYS